THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CITY OF NEW YORK, Appellant.

Argued June 16, 1942; decided July 29, 1942.

The following question was certified: " Is the State of New York entitled to a credit for bank interest earned on the one-half of the proceeds of the mortgage tax receipts received by the City Chamberlain of the City of New York under Chapter 771, Laws of 1913, which proceeds are to be applied to pay the State's proportion of the expense of changing grade crossings in the City of New York under section 94 of the Railroad Law? "

*William C. Chanler*, Corporation Counsel (*Jeremiah M. Evarts* and *Abraham Shapiro* of counsel), for appellant.

*John J. Bennett, Jr.*, Attorney-General (*Leo G. Hosenfeld, Henry Epstein* and *Hugh Reilly* of counsel), for respondent.

Order affirmed, with costs. Question certified answered in the affirmative. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.